UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 13-22014 |
| Brian Schwartz, | ) | |
| Lisa Schwartz, | ) | Chapter: 13 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | Lake County |
| Debtor(s) | ) | |

**FINAL ORDER AUTHORIZING POSTPETITION CREDIT**

THIS MATTER coming to be heard on the Debtors' MOTION TO AUTHORIZE DEBTORS TO OBTAIN CREDIT, this Court having jurisdiction and due notice being given all parties in interest.

IT IS HEREBY ORDERED that:

1. Debtors are granted authority to purchase a 2010 Acura TL on the terms described in the motion.

Enter:

United States Bankruptcy Judge

Dated: FEB 2 1 2014

**Prepared by:**
David P. Leibowitz (ARDC # 1612271)
Lakelaw
420 West Clayton Street
Waukegan, Illinois 60085-4216
847. 249. 9100

Rev: 20130103_bko